The order below is hereby signed.

Signed: April 8 2020



_/s/ S. Martin Teel, Jr._
S. Martin Teel, Jr.
United States Bankruptcy Judge

```
             UNITED STATES BANKRUPTCY COURT
              FOR THE DISTRICT OF COLUMBIA

In re                          )
                               )
CARLOS ROBERTO ALLEN,          )   Case No. 19-00783
                               )   (Chapter 13)
             Debtor.           )
_____)
                               )
CARLOS ROBERTO ALLEN,          )
                               )
             Plaintiff,        )
                               )
        v.                     )   Adversary Proceeding No.
                               )   20-10007
DOUGLASS SLOAN,                )
                               )
             Defendant.        )
```

ORDER CONFIRMING THAT ADVERSARY PROCEEDING HAS BEEN DISMISSED

There having been no answer or motion for summary judgment filed, and the plaintiff having filed a Notice of Withdrawal of the complaint, it is

ORDERED that the court confirms that this adversary proceeding has been dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A).

[Signed and dated above.]

Copies to: All counsel of record.